**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| RHODE ISLAND LABORERS HEALTH & WELFARE FUND, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>BAUSCH HEALTH COMPANIES INC., BAUSCH HEALTH IRELAND LTD., SALIX PHARMACEUTICALS, LTD., SALIX PHARMACEUTICALS, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA PHARMACEUTICALS USA, INC., and ACTAVIS LABORATORIES FL, INC.,<br><br>        Defendants. | Case No. 1:25-cv-00479 |
| WALGREEN CO., THE KROGER CO., ALBERTSONS COMPANIES, INC., H-E-B, L.P., and SUPERVALU, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>BAUSCH HEALTH COMPANIES INC., SALIX PHARMACEUTICALS, LTD., SALIX PHARMACEUTICALS, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., and TEVA PHARMACEUTICALS USA, INC.,<br><br>        Defendants. | Case No. 1:25-cv-00515 |

| | |
|---|---|
| KPH HEALTHCARE SERVICES, INC. A/K/A KINNEY DRUGS, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAUSCH HEALTH COMPANIES INC., BAUSCH HEALTH IRELAND LTD., SALIX PHARMACEUTICALS, LTD., SALIX PHARMACEUTICALS, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA PHARMACEUTICALS USA, INC., and ACTAVIS LABORATORIES FL, INC.,<br><br>Defendants. | Case No. 1:25-cv-00544 |
| VALUE DRUG COMPANY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAUSCH HEALTH COMPANIES INC., BAUSCH HEALTH IRELAND LTD., SALIX PHARMACEUTICALS, LTD., SALIX PHARMACEUTICALS, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA PHARMACEUTICALS USA, INC., and ACTAVIS LABORATORIES FL, INC.,<br><br>Defendants. | Case No. 1:25-cv-00550 |

**[PROPOSED] CASE MANAGEMENT ORDER NO. 1**

WHEREAS, on September 22, 2025, plaintiff Rhode Island Laborers Health & Welfare Fund filed a putative class action complaint on behalf of end-payor purchasers alleging, among other things, an unlawful scheme to delay entry of generic versions of the drug Xifaxan in violation of the antitrust laws.  Case No. 1:25-cv-00479-MRD-PAS (D.R.I.) (the "Rhode Island Laborers Action");

WHEREAS, on October 7, 2025, plaintiffs Walgreen Co., The Kroger Co., Albertsons Companies, Inc., H-E-B, L.P. and SuperValu, Inc. filed a complaint alleging, among other things, an unlawful scheme to delay entry of generic versions of the drug Xifaxan in violation of the antitrust laws.  Case No. 1:25-cv-00515-MRD-PAS (D.R.I.) (the "Walgreen Action");

WHEREAS, on October 21, 2025, plaintiff KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc. filed a putative class action complaint on behalf of direct purchasers alleging, among other things, an unlawful scheme to delay entry of generic versions of the drug Xifaxan in violation of the antitrust laws. 1:25-cv-00544-MRD-PAS (D.R.I.) (the "KPH Action");

WHEREAS, on October 23, 2025, plaintiff Value Drug Company filed a putative class action complaint on behalf of direct purchasers alleging, among other things, an unlawful scheme to delay entry of generic versions of the drug Xifaxan in violation of the antitrust laws. 1:25-cv-00550-MRD-PAS (D.R.I.) (the "Value Drug Action");

WHEREAS, on December 1, 2025, amended complaints were filed in all of the above actions, including a consolidated amended complaint filed by KPH and Value Drug on behalf of a putative direct purchaser class;

WHEREAS, Rhode Island Laborers Health & Welfare Fund is also referred to as the "End-Payor Plaintiff";

WHEREAS, Walgreen Co., The Kroger Co., Albertsons Companies, Inc., H-E-B, L.P. and SuperValu, Inc. are collectively referred to as the "Retailer Plaintiffs";

WHEREAS, Value Drug Company and KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc. are collectively referred to as the "Direct Purchaser Plaintiffs";

WHEREAS, the Rhode Island Laborers Action is referred to as the "End-Payor Action";

WHEREAS, the Walgreen Action is referred to as the "Retailer Action";

WHEREAS, the KPH Action and the Value Drug Action are referred to as the "Direct Purchaser Action";

WHEREAS, the End-Payor Plaintiff, Retailer Plaintiffs and Direct Purchaser Plaintiffs are collectively referred to as "Plaintiffs";

WHEREAS, Bausch Health Companies Inc., Bausch Health Ireland Ltd., Salix Pharmaceuticals, Ltd., Salix Pharmaceuticals, Inc., Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., and Actavis Laboratories Fl, Inc., are collectively referred to as "Defendants";

WHEREAS, Plaintiffs and Defendants are collectively referred to as the "Parties";

WHEREAS, the Parties believe that consolidation of the Direct Purchaser Action and coordination of the End-Payor Action, Retailer Action and Direct Purchaser Actions under one docket will promote efficiency in managing and litigating the cases;

WHEREAS, the End-Payor Action, Retailer Action and Direct Purchaser Action are collectively referred to as the "Coordinated Actions";

WHEREAS, the Court has appointed interim co-lead counsel in the Direct Purchaser Action (KPH Action, ECF No. 33);

2

ACCORDINGLY, IT IS HEREBY STIPULATED AND ORDERED THAT:

**Consolidation and Coordination**

1.    The files of the Coordinated Actions shall be maintained in one file under Docket No. 1:25-cv-00479.

2.    The Value Drug Action and the KPH Action are hereby consolidated for all purposes pursuant to Fed. R. Civ. P. 42(a)(2) and (b), as further described in paragraph 4 below.

3.    Any additional end-payor or direct purchaser class action complaints filed in or transferred to this District containing substantially similar allegations as those in, and related to, the Coordinated Actions shall also be docketed under Docket No. 1:25-cv-00479 and deemed consolidated with either the End-Payor Action or the Direct Purchaser Actions as applicable.

4.    The End-Payor Action, the Retailer Action, and the Direct Purchaser Action shall be coordinated for purposes of discovery and pretrial proceedings to the extent practicable.

**Caption**

5.    All documents filed in the Coordinated Actions shall bear the following caption:

| | |
|---|---|
| In re Xifaxan Antitrust Litigation<br><br>This Document Relates To: | Case No. 1:25-cv-00479-MRD-PAS |

6.    When a filing is intended to apply to all actions, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above. When a filing is intended to apply only to one, or to some, but not all, of such actions, the party filing the document shall indicate the action(s) to which the document is intended to apply.  The parties may indicate, for example, "All Direct Purchaser Actions" or "All End-Payor Actions."

3

**Scheduling**

7.      The following schedule shall apply to the Coordinated Actions:

| Event | Date |
|---|---|
| Defendants to answer, move or otherwise plead in response to the operative complaints | February 12, 2026 |
| Plaintiffs' opposition to any motion to dismiss | March 26, 2026 |
| Defendants' reply in support of any motion to dismiss | April 16, 2026 |

**IT IS SO ORDERED.**

Dated:       December 17 , 2025       By: _____

                                    Hon. Melissa R. DuBose
                                    United States District Judge